| 1. A computer-assisted method for discovering information in a text content and extracting and presenting the information, comprising: | For Example: isotoner's web site has an <u>interactive product review section</u> that allows customers to **filter reviews**. |



https://www.isotoner.com/collections/mens-gloves

1

| | |
|---|---|
| obtaining, by a computer system, a text content comprising one or more words or phrases or sentences, each being a term or an instance of a term; | For Example:  The customer inputs "good quality" in the review search section. Isotoner's computer system will receive these terms "good quality". |



https://www.isotoner.com/products/mens-spandex-applique-chevron-gloves

selecting a first semantic attribute and a second semantic attribute for users to select from, wherein the first semantic attribute or the second semantic attribute includes an attribute type or attribute value;

For Example: the customer can select a **first semantic attribute (5 * with 59 reviews)** and a second semantic attribute (1 * with 3 reviews). **The first semantic attribute has an attribute type (5 *)** or an attribute value (59 reviews).



https://www.isotoner.com/products/mens-spandex-applique-chevron-gloves

wherein the first semantic attribute is associated with a first name or description, and the second semantic attribute is associated with a second name or description;

For Example: the first semantic attribute (5*) is associated with a 5-star rated description " The gloves are well made with good quality...."



https://www.isotoner.com/products/mens-spandex-applique-chevron-gloves

wherein the first semantic attribute is associated with a first name or description, **and the second semantic attribute is associated with a second name or description;**

For Example: the **second semantic attribute (1*) is associated with a 1-star rated description " Gloves were way undersized to be an…."**



https://www.isotoner.com/products/mens-spandex-applique-chevron-gloves

| identifying a words or phrases in the text content associated with the first semantic attribute or the second semantic attribute; | For Example: "**good, quality**" are words that can be identified within the first semantic attribute. |



https://www.isotoner.com/products/mens-spandex-applique-chevron-gloves

| | |
|---|---|
| displaying an actionable user interface object, wherein the actionable user interface object is associated with a label representing the first name or description or the second name or description; | For Example: **an actionable user interface object is displayed and is associated with a label (good quality) representing the first description (5* descitpion, "are well made with good quality...").** |



https://www.isotoner.com/products/mens-spandex-applique-chevron-gloves

allowing the user to select the first name or description or the second name or description as a user-specified or user-desired attribute;

For Example: the user can **select 5-star (first description) as a user specified attribute**.



https://www.isotoner.com/products/mens-spandex-applique-chevron-gloves

and performing, by the computer system, an action on the word or phrase associated with the user-specified or user-desired semantic attribute, wherein the action includes at least extracting, displaying, storing, showing or hiding, or highlighting or un-highlighting the word or phrase.

For Example: **when the customer types "good quality" in the search window, the computer displays all of the reviews with "good and/or quality" in the descriptions.**





https://www.isotoner.com/products/mens-spandex-applique-chevron-gloves